# LIST AND STATUS OF ALL PARTIES

Plaintiffs:

    Paul Clayton, Individually

    Paul Clayton as Representative of the Estate of Latrecia Clayton, deceased

    Paul Clayton as Next Friend for Mxxxxxx Cxxxxxx, minor child

    Paul Clayton as Next Friend for Sxxxxx Cxxxxxx, minor child

    Aaliyah Clayton

Defendants:

    Elite Restaurant Partners, LLC

    A.C.G. Texas, L.P.

    A.C.G. Texas General Partnership, L.L.C.

    A.C.G. 3018, L.P.

    A.C.G. Texas Restaurants, L.L.C.

    International House of Pancakes, L.L.C.

    Karyn Abrue

Status of Case:    Before filing the notice of removal, this case was pending in the 62nd Judicial District Court of Hopkins County, Texas.