DOCKET SHEET WITH STATE COURT FILINGS

1.      Certified Docket Sheet

2.      Plaintiff's Original Petition and Jury Demand

3.      Request for Citations

4.      Citations for Defendants

5.      Return of Service for A.C.G. TX General Partnership

6.      Return of Service for A.C.G. Texas, LP

7.      Return of Service for A.C.G. Texas Restaurants, LLC

8.      Return of Service for Karyn Abrue

9.      Return of Service for International House of Pancakes

10.     Plaintiff's First Amended Original Petition and Jury Demand

11.     Request for Citation Issuance

12.     Issued Citation for Registered Agent for A.C.G.

13.     Return of Service for Elite Restaurant Partnership

TAB 1

CASE # CV44961                          COURT: 62ND JUDICIAL DISTRICT                    04/12/2022
CAUSE: INJ/DAM-OTHER INJ/DAM
STYLE: PAUL CLAYTON, INDIVIDUALLY &    VS ELITE RESTAURANT PARTNERS, LLC
       BOTH AS REPRESENTATIVE OF THE      A.C.G. TEXAS LP, A.C.G. TEXAS
       ESTATE OF LATRCIA CLAYTON,         GENERAL PARTNERSHIP, LLC

                                 PLAINTIFF

NAME                                                  ATTORNEY

CLAYTON,AALIYAH              P                        GINN,JOHN
                                                     P O BOX 493
                                                     315 S GILMER STREET
,                                                    SULPHUR SPRINGS, TX 75483
   -    -                                            903-885-3116

CLAYTON,MALACHI             M                         GINN,JOHN
                                                     P O BOX 493
                                                     315 S GILMER STREET
,                                                    SULPHUR SPRINGS, TX 75483
   -    -                                            903-885-3116

CLAYTON,PAUL               P                         GINN,JOHN
                                                     P O BOX 493
                                                     315 S GILMER STREET
                                                     SULPHUR SPRINGS, TX 75483
   -    -                                            903-885-3116

CLAYTON,SAMARA             M                         GINN,JOHN
                                                     P O BOX 493
                                                     315 S GILMER STREET
                                                     SULPHUR SPRINGS, TX 75483
   -    -                                            903-885-3116

LATRECIA CLAYTON,ESTATE OF   P                        GINN,JOHN
                                                     P O BOX 493
                                                     315 S GILMER STREET
,                                                    SULPHUR SPRINGS, TX 75483
   -    -                                            903-885-3116

                                 DEFENDANT

NAME                                                  ATTORNEY

A.C.G. TEXAS GENERAL        D
PARTNERSHIP LLC

,

A.C.G. TEXAS RESTAURANTS, LLC   D
REG AGENT COGENCY GLOBAL INC
1601 ELM ST STE 4360
DALLAS, TX 75201

A.C.G. TEXAS, LP           D
1601 ELM STREET, SUITE 4360
DALLAS, TEXAS 75201

A Certified Copy
ATTESTED:
District Clerk
Hopkins County, TX
Page  1  of  3

```
CASE # CV44961                          COURT: 62ND JUDICIAL DISTRICT                   04/12/2022
CAUSE: INJ/DAM-OTHER INJ/DAM


A.C.G. 3018, LP                 D
2701 E GEORGE BUSH FRWY
SUITE 250
PLANO TX 75074


A.C.G. 3411, L.P.               D                          GINN,JOHN
JOSEPH E. LANGTEAU                                         P O BOX 493
1778 N. PLANOR RD,SUITE 100                                315 S GILMER STREET
RICHARDSON,TX 75081                                        SULPHUR SPRINGS, TX 75483
        -    -                                             903-885-3116


ABRUE,KARYN                     D
203 RANCH HOUSE ROAD
ROCKWALL, TX 75032


ELITE RESTAURANT PARTNERS, LLC D
CORP TRUST COMPANY
CORPT TRUST CENTER 1209 ORANGE
WILMINGTON,NEW CASTLE DE 19801


INTERNATIONAL HOUSE OF PANCAKE D
211 E, 7TH STREET SUITE 620
AUSTIN, TEXAS 78701

                                        _____


TRANSACTIONS FOR ALL PARTIES                                    /  /      THRU   /  /


03/01/2022             PLAINTIFFS' ORIGINAL PETITION AND JURY DEMAND/MH                    I     11
CLAYTON, PAUL
03/01/2022             CHARGES ASSESSED BY EFILE                             406.00-
CLAYTON,PAUL           EFILE ENVELOPE ID:62166069
03/01/2022             LOCAL PAYMENT RECEIVED THRU EFILE                     269.00
CLAYTON,PAUL           EFILE SUBMITTER ID: GINN,EYDIE COURT ID: HOPKINS:D
03/01/2022             STATE PAYMENT RECEIVED THRU EFILE                     137.00
CLAYTON,PAUL           EFILE SUBMITTER ID: GINN,EYDIE COURT ID: HOPKINS:D
03/01/2022             LETTER REQUEST TO CLERK FOR CITATIONS/MH                            I      3
CLAYTON,PAUL
03/01/2022             REGISTERED AGENTS CITATIONS (7)/MH                                  I      7
CLAYTON,PAUL
03/01/2022             EMAILED CITATIONS/MH                                                I      1
CLAYTON,PAUL
03/11/2022             AFFIDAVIT OF RETURN OF PROCESS/A.C.G. TX GENERAL                    I      3
CLAYTON,PAUL           PARTNERSHIP 03/04/2022/MH
03/11/2022             CITATION RETURNED SERVED TO A.C.G. TEXAS, LP/MH                     I      3
CLAYTON,PAUL
03/11/2022             AFFIDAVIT OF RETURN OF PROCESS/A.C.G. TX RESTAURAN                  I      3
CLAYTON,PAUL           LLC 03/04/2022/MH
03/11/2022             CITATION RETURNED SERVED/KARYN ABRUE (3/5/22)/MH                    I      3
CLAYTON,PAUL
03/21/2022             RETURNED CITATION/INTERNATIONAL HOUSE OF PANCAKES                   I      3
CLAYTON,PAUL           03/16/2022 /MH
03/31/2022             PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION AND                     I     12
CLAYTON,PAUL           JURY DEMAND/MH
03/31/2022             LETTER TO DISTRICT CLERK FOR CITATION ISSUANCE/MH                   I      2
CLAYTON,PAUL
```

A Certified Copy
ATTESTED:
District Clerk
Hopkins County, TX
Page 2 of 3

CASE # CV44961                     COURT: 62ND JUDICIAL DISTRICT                04/12/2022
CAUSE: INJ/DAM-OTHER INJ/DAM

| | | | | |
|---|---|---|---|---|
| 04/01/2022 | CHARGES ASSESSED BY EFILE | 8.00- | | |
| CLAYTON,PAUL | EFILE ENVELOPE ID:63163365 | | | |
| 04/01/2022 | LOCAL PAYMENT RECEIVED THRU EFILE | 8.00 | | |
| CLAYTON,PAUL | EFILE SUBMITTER ID: GINN,EYDIE COURT ID: HOPKINS:D | | | |
| 04/01/2022 | EMAILED CITATION/MH | | I | 1 |
| CLAYTON,PAUL | | | | |
| 04/01/2022 | ISSUED CITATION BY REGISTERED AGENT FOR A.C.G. | | I | 1 |
| CLAYTON,PAUL | 3411, LP/MH | | | |
| 04/06/2022 | AFFIDAVIT OF RETURN SERVICE ELITE RESTAURANT PARTN | | I | 2 |
| CLAYTON,PAUL | | | | |

A CERTIFIED COPY

ATTEST:_____
CHERYL FULCHER, DISTRICT CLERK
HOPKINS COUNTY, TEXAS
BY _____ DEPUTY
DATE: 4/13/22

A Certified Copy
ATTESTED:
District Clerk
Hopkins County, TX
Page 3 of 3

TAB 2

Filed 3/1/2022 10:51 AM
Cheryl Fulcher
District Clerk
Hopkins County, Texas

Makayla Holt

CV44961

## CAUSE NO. _____

| | | |
|---|---|---|
| **PAUL CLAYTON, INDIVIDUALLY AND** | § | **IN THE DISTRICT COURT** |
| **BOTH AS REPRESENTATIVE OF THE** | § | |
| **ESTATE OF LATRECIA CLAYTON,** | § | |
| **DECEASED AND AS NEXT FRIEND FOR** | § | |
| **MALACHI CLAYTON,  SAMARA CLAYTON,** | § | |
| **MINOR CHILDREN, & AALIYAH CLAYTON,** | | |
| **INDIVIDUALLY;** | | |
| **Plaintiffs,** | § | |
| **vs.** | § | **62ⁿᵈ JUDICIAL DISTRICT** |
| | § | |
| **ELITE RESTAURANT PARTNERS, LLC,** | | |
| **A.C.G. TEXAS, LP, A.C.G. TEXAS** | | |
| **GENERAL PARTNERSHIP, LLC,** | | |
| **A.C.G 3018, L.P., A.C.G. TEXAS RESTAURANTS,** | | |
| **L.L.C., INTERNATIONAL HOUSE OF** | | |
| **PANCAKES, L.L.C., & KARYN ABRUE\`\`\`\`\`\`\`\`** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | **HOPKINS COUNTY, TEXAS** |

## PLAINTIFFS' ORIGINAL PETITION AND JURY DEMAND

COMES NOW, PAUL CLAYTON, both Individually, As Next Friend for Malachi Clayton, Samara Clayton, minors and as Representative of the Estate of LaTrecia Clayton, and AALIYAH CLAYTON, seeking damages for the loss of  their wife and biological mother respectively, LaTrecia Clayton, deceased (hereinafter referred to as "Plaintiffs"), complaining of Elite Restaurant Partners, LLC, A.C.G. Texas, LP, A.C.G. Texas General Partnership, L.L.C, A.C.G. 3018, L.P., A.C.G. Texas Restaurants, L.L.C., International House of Pancakes, L.L.C, AND KARYN ABRUE, (hereinafter collectively referred to as "Defendants"), and for the cause of action would respectfully show the Court the following:

### I.
### DISCOVERY CONTROL PLAN

Discovery in this matter is intended to be conducted under Level 3 of the TEXAS RULES OF CIVIL PROCEDURE.

## II.
## PARTIES

Plaintiffs  are residents of Hopkins County, Texas, and were LaTrecia Clayton's husband (Paul Clayton), and biological children (Malachi Clayton, Samara Clayton,  and Aalyiah Clayton).

Defendant, Elite Restaurant Partners, LLC  is a foreign LLC, incorporated in the State of Delaware, and operates International House of Pancakes facilities in Texas and/or employs individuals who operate those facilities or other restaurants and may be served with process through its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.

Defendant, A.C.G. Texas, L.P. ACG is a limited liability partnership and operates International House of Pancakes facilities in Texas and/or employs individuals who work in and for  those restaurant facilities. ACG, Texas, in fact operates one such facility and/or employed LaTrecia Clayton in Sulphur Springs, Texas where at least a substantial portion of this cause of action arose.  A.C.G., TEXAS, L.P. is authorized to do business in the State of Texas and may be served with process through its registered agent, Cogency Global Inc, 1601 Elm Street, Suite 4360, Dallas, Texas 75201.

Defendant, A.C.G. Texas General Partnership, L.L.C, is authorized to do business in the State of Texas and may be served with process through its registered agent, Cogency Global Inc, 1601 Elm Street, Suite 4360, Dallas, Texas 75201.

Defendant A.C.G. 3018, L.P. , is authorized to do business in the State of Texas and may be served with process through its registered agent, A.C.G. Texas, L.P. 2701 E. George Bush Freeway, Suite 250, Plano, Texas 75074.

Defendant A.C.G. Texas Restaurants, L.L.C. is authorized to do business in the State of Texas and may be served with process through its registered agent, Cogency Global Inc, 1601 Elm Street, Suite 4360, Dallas, Texas 75201.

Defendant International House of Pancakes, L.L.C. is authorized to do business in the State of Texas and may be served with process through its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company 211 E. 7th Street, Suite 620, Austin, Texas 78701.

Defendant **Karyn Abrue,** (hereinafter referred to as "ABRUE") is an individual who resides in Rockwall, Rockwall County, Texas and may be served with process at her residence located at 203 Ranch House Road, Rockwall, Texas 75032 or wherever she may be found.

### III.
### JURISDICTION AND VENUE

This Court has jurisdiction over this lawsuit, because all of the facts and events that give rise to Plaintiffs' claims occurred in the State of Texas, and because Plaintiffs' damages are within the jurisdictional limits of the Court.

Venue is proper in Hopkins County, Texas, because (1) a substantial part of the events or omissions giving rise to Plaintiffs' claims in this lawsuit occurred in Hopkins County; (2) Defendants have a principal place of business in Hopkins County; and (3) maintenance of the action in Hopkins County will not work an injustice to the Defendants. *See* TEX. CIV. PRAC. & REM. CODE §15.002(a) – (b).

As required by Rule 47(b) of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiffs' counsel states that the damages sought are in an amount within the jurisdictional limits of this Court. As required by Rule 47(c) of the TEX. RULES OF CIV. PROC., Plaintiffs' counsel states that Plaintiffs

seek monetary relief over $1,000,000.00.  Plaintiffs also seek pre-judgment and post-judgment interest at the highest legal rate.

## IV.
## FACTS

The Decedent, LaTrecia Clayton was a valued employee of the Defendants, working at the Sulphur Springs International House of Pancakes Restaurant. She had been employed by Defendants for a number of years and had received praise for her work and commitment to the Defendants' enterprises.  In March of 2020, the COVID-19 Pandemic forced a closure of the Sulphur Springs IHOP location, among others, and LaTrecia Clayton was terminated or laid off from her position with the company.  In accordance with accepted practices, she immediately applied for unemployment benefits and was accepted. Shortly after that, the Defendants requested that she come back to work in her previous position and advised her to give up her unemployment benefits which included the right to health insurance coverage. In fact, Defendants advised the Plaintiff that she would lose her unemployment benefits if she refused to come back because Defendants would notify unemployment that her old position was available. Defendants entered into this action for their own economic benefit at the expense of LaTrecia Clayton. In a gross misrepresentation the Defendants advised LaTrecia that she would have health coverage as before in the same manner as her previous employment. In fact, she was advised she was simply returning to her same position as before. That was not the case and health insurance was never provided to her upon her return to work.  That was true despite the fact that there were continuing promises that it would be reinstated within a short time. Further, many of the entitlements and benefits of her position were never restored to Pre-Covid status.

---

**PLAINTIFFS' FIRST AMENDED PETITION, JURY DEMAND & REQUEST FOR DISCLOSURE**      Page 4

LaTrecia fell ill with cancer almost immediately on her return to work with the Defendants and was unable to receive necessary treatment from the time of her diagnosis on June 25, 2020 until finally qualifying for Medicaid during mid August 2020. During that time she suffered considerable pain, discomfort, and did not get the treatment she needed that would have almost certainly have prevented her death which occurred on June 30, 2021.

## V.
## CAUSES OF ACTION AGAINST DEFENDANTS

### I.  STATUS OF DEFENDANTS

The Defendants at all times alleged herein acted in the furtherance of the Business enterprise(s) that were served by LaTrecia Clayton in her role as an employee, borrowed servant, or other capacity under the control and direction of the Defendants. Defendants acted singularly, or in the alternative, in concert with one another to commit the acts alleged herein. Such actions were for their own individual and/or collective economic benefit at the expense of the health and life of LaTrecia Clayton.

### A.       NEGLIGENCE OF DEFENDANTS

Defendants were negligent in failing to use ordinary care in advising employees and prospective employees and in particular, LaTrecia Clayton, as to the availability and applicability of health insurance upon her return to work. An ordinarily prudent employer would have understood and appreciated both the fact that the Plaintiff was coverable by Health Insurance while on unemployment coverage through the State of Texas, and not carelessly jeopardized that coverage in a demand to return to employment without such coverage being available. This is especially true during a time of National Health Crisis such as the Covid-19 Pandemic. In fact, Defendants were negligent not only in Failing to advise of the non-existence of coverage, they went so far as

to represent that coverage was to be provided upon LaTrecia's return to employment.  They further forced the Plaintiff's return to work by threatening action that would deny the Plaintiff unemployment benefits if she did not return to work.  They negligenty misrepresented that she could return to her old job with all of its same right and benefits. These representations were negligent misrepresentations by the defendants that were entirely false and relied upon by the plaintiff to her significant detriment. Such negligence as outlined in this paragraph and more fully herein above and below on the part of the defendants' was the proximate cause of physical pain, mental anguish, and physical impairment suffered by LaTrecia Clayton, and ultimately her death.  Plaintiffs herein are wrongful death beneficiaries and bring those claims accordingly as well as a survival claim by the estate.

### A.    INTENTIONAL MISREPRESENTATION BY THE DEFENDANTS

The Defendants at all times material hereto were aware that the representations made to LaTrecia Clayton were misleading and false. In particular, Defendants had no intention of offering health insurance coverage or other entitlement previously provided through her employment on LaTrecia's return to work and yet made the blatantly false misrepresentation that the same would be provided. In fact, the Defendant's enticed LaTrecia to return and compelled the same by telling her she would be provided insurance within two weeks.  After working at IHOP for a month, they left her without the opportunity for treatment, proximately causing pain, anguish and ultimately her death.

### B.    FRAUD IN THE INDUCEMENT BY THE DEFENDANTS

The Defendants committed fraud in the inducement by advising LaTrecia that if she returned to work she would be covered by insurance and that she must give up unemployment benefits in

order to keep her same position of employment with the Defendants. Such a fraudulent representation was 1) material in that it's falsity in that it deprived LaTrecia of badly needed medical care during an illness that ultimately took her life. 2) The representation was false in that the insurance was not provided and not available to Latricia. 3) When the defendants, either themselves, or through their agents, employees or servants, made the representation, they knew it was false or recklessly asserted it without knowledge of it's truth. 4) When the statement was made, Defendants intended that it be acted upon by LaTrecia in order to get her to come back to her place of employment with them. 5) LaTrecia relied to her detriment on the false representation and gave up the right to insurance coverage and other entitlements returned to work with the Defendants, and 6) LaTrecia was harmed as a result and ultimately died due to the misrepresentation by the Defendants.

## VICARIOUS LIABILITY, RESPONDEAT SUPERIOR, AGENCY, OSTENSIBLE AGENCY

At all times material hereto and during the matters alleged herein, the Defendant, Karyn Abrue, and any other individuals not specifically named herein, but implicit in the misrepresentations described herein were employees of the Defendants, acting within their course and scope of employment of the Defendants, and were under the control of the Defendants and their actions were at all times known fully to the Defendants and as such, the conduct of those making the representations herein alleged is impuned directly to the Defendants named herein. As such, the Plaintiffs invoke the doctrines of vicarious liability, respondeat superior, agency, and ostensible agency.

## VI.
## DAMAGES

### A.    ESTATE OF LATRICIA CLAYTON SURVIVORSHIP CLAIM

As a proximate result of the negligence, gross negligence, and in the alternative intentional acts of the Defendants their servants, employees, and or agents, as above described, Plaintiffs, both Individually and as Representatives of the Estate of LaTrecia Clayton, would show that pursuant to Section 71 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE (the "Survival Statute"), as the Representatives of the Estate of LaTrecia Clayton, are entitled to bring this suit for the injuries that she received which resulted in her death. Such survival damages include the pain and suffering and mental anguish that she suffered prior to her death, including the conscious physical pain and emotional pain, torment, and suffering experienced by her before her death as a result of the misrepresentations in question.

### B.    PLAINTIFFS' WRONGFUL DEATH CLAIMS

Further, pursuant to Section 71 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE (the "Wrongful Death Statute"), Plaintiffs as the surviving spouse and children of LaTrecia Clayton and individually and on behalf of all statutory beneficiaries under the Wrongful Death Statute, are entitled to bring this cause of action for all damages that they have suffered as a result of the wrongful death of LaTrecia Clayton.

Such wrongful death damages, for the past and future, includes the Plaintiffs' pecuniary loss, meaning the loss of care, maintenance, support, services, advice, counsel and reasonable contributions of a pecuniary value that they would, in reasonable probability, have received from LaTrecia had she lived; the Plaintiffs' loss of companionship and society, meaning the loss of the positive benefits flowing from the love, comfort, companionship, and society that they would, in

reasonable probability, have received from LaTrecia had she lived; the Plaintiffs' mental anguish, meaning the emotional pain, torment, and suffering experienced by Plaintiffs because of the death of LaTrecia, and the Plaintiffs' loss of inheritance resulting from the death of LaTrecia

For the reasons set forth above, Plaintiffs have suffered loss and damages in an amount that exceeds the minimum jurisdictional limits of this Court, for which Plaintiffs hereby sue.

## C.      DAMAGES OF ESTATE OF LATRECIA CLAYTON.

As a result of Defendants' negligence or in the alternative, intentional acts, the Estate of LaTrecia Clayton has suffered the following injuries in the past:

     (a)     Physical pain and suffering in the past;

     (b)     Mental anguish in the past;

     (c)     Physical impairment; and

     (d)     Funeral and burial expenses.

## D.      DAMAGES OF PLAINTIFFS AS A WRONGFUL DEATH BENEFICIARIES

As a result of Defendants' negligence or in the alternative intentional acts, Plaintiffs have suffered the following injuries in the past and will continue into the future:

     (a)     Mental anguish;

     (b)     Pain and suffering;

     (c)     Loss of companionship and society;

     (d)     Loss of inheritance; and

     (e)     Loss of wages and income that would have been received but for the death of LaTrecia.

     (f)     Pecuniary loss at her death.

In addition to the foregoing, Plaintiffs further seek exemplary and punitive damages in this case.

As required by Rule 47(b) of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiffs' counsel state that the damages sought are in an amount within the jurisdictional limits of this Court.  As required by Rule 47(c) of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiffs' counsel state that Plaintiffs seek monetary relief over $1,000,000.00.  Plaintiffs also seek pre-judgment and post-judgment interest at the highest legal rate.

## VII.
## JURY DEMAND

Plaintiffs demand a jury trial and have tendered the appropriate fee.

## VIII.
## CONDITIONS PRECEDENT & CAPACITIES

All conditions precedent, if any, have been performed or have occurred. Plaintiffs sue Defendants in all capacities in which they are entitled to recover.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs pray that upon the trial of this cause, Plaintiffs have judgment against Defendants, both jointly and severally, for all of their damages as set out herein, pre-judgment interest at the highest legal rate allowed by law, post-judgment interest at the highest legal rate allowed by law, all cost of court, and for such other and further relief, both general and special, either at law or in equity, to which Plaintiffs deem themselves justly entitled.

Respectfully submitted,

SMITH MCDOWELL GINN

By: _____

JOHN C. GINN
State Bar No. 07966900
SMITH, McDOWELL & GINN
315 South Gilmer
Sulphur Springs, Texas 75482
903-855-3116
903-885-7549 Fax
jcginn@easttexaslaw.com

**ATTORNEY FOR THE PLAINTIFFS**

TAB 3

CV44961

Filed 3/1/2022 11:29 AM
Cheryl Fulcher
District Clerk
Hopkins County, Texas

Makayla Holt

LAW OFFICES

# SMITH MCDOWELL GINN

315 GILMER STREET • P.O. BOX 493
### SULPHUR SPRINGS, TEXAS
75483

HOWARD S. SMITH (1912-1988)
WILLIAM MCDOWELL, P.C.
JOHN C. GINN*

BOARD CERTIFIED
TEXAS BOARD OF LEGAL SPECIALIZATION
*PERSONAL INJURY TRIAL LAW
NATIONAL BOARD OF TRIAL ADVOCACY
*CIVIL TRIAL LAW

TELEPHONE
(903) 885-3116
FAX
(903) 885-7549
*ALSO LICENSED IN THE
DISTRICT OF COLUMBIA

March 1, 2022

Ms. Cheryl Fulcher
282 Rosemont Street, Suite 2
Sulphur Springs, Texas

Re:    Hopkins, Texas
       Paul Clayton, Individually and Both as Representative of the Estate of Latrecia Clayton,
       Deceased and As Next Friend for Malachi Clayton, Samara Clayton, Minor Children, &
       Aaliyah Clayton, Individually vs. Elite Restaurant Partners, LLC, A.C.G. Texas, LP,
       A.C.G. Texas General Partnership, LLC, A.C.G. 308, L.P., A.C.G. Texas Restaurants,
       L.L.C., International House of Pancakes, L.L.C., and Kay Abrue
       Request for Citations

Dear Ms. Fulcher:

Please issue a citation for the followings Respondents:

-    Elite Restaurant Partners, LLC
     Registered Agent -The Corporation Trust Company
     Corporation Trust Center
     1209 Orange Street
     Willmington, New Castle, Delaware 19801

-    A.C.G. Texas, L.P.
     Registered Agent - Cogency Global Inc.
     1601 Elm Street, Suite 4360
     Dallas, Texas 75201

-    A.C.G. Texas General Partnership, L.L.C.
     Registered Agent - Cogency Global Inc.
     160 Elm Street, Suite 4360
     Dallas, Texas 75201

-    A.C.G. 3018, L.P.
     Registered Agent - A.C.G. Texas, L.P.
     2701 E. George Bush Freeway, Suite 250
     Plano, Texas 75074

-    A.C.G. Texas Restaurants, L.L.C.
  Registered Agent - Cogency Global Inc.
  1601 Elm Street, Suite 4360
  Dallas, Texas 75201

-    House of Pancakes, L.L.C.
  Registered Agent - Corporation Service Company
  d/b/a CSC-Lawyers Incorporating Service Company
  211 E. 7th Street, Suite 620
  Austin, Texas 78701

-    Karyn Abrue
  203 Ranch House Road
  Rockwall, Texas 75032

After the citation has been issued, please forward to me at lv@easttexaslaw.com for service by a private process server.


Sincerely,

Liz Vice
Legal Assistant to John C. Ginn

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Elizabeth Vice on behalf of John Ginn
Bar No. 07966900
lv@easttexaslaw.com
Envelope ID: 62176998
Status as of 3/1/2022 1:13 PM CST

Associated Case Party: Paul Clayton

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John C.Ginn | | jcginn@easttexaslaw.com | 3/1/2022 11:29:21 AM | SENT |
| Eydie Ginn | | eg@easttexaslaw.com | 3/1/2022 11:29:21 AM | SENT |
| Liz Vice | | lv@easttexaslaw.com | 3/1/2022 11:29:21 AM | SENT |

TAB 4

CAUSE NO.   **CV44961**

THE STATE OF TEXAS:                          ATTORNEY FOR PLAINTIFF OR DEFENDANT

**CHERYL FULCHER – DISTRICT CLERK**          **JOHN GINN**
**282 ROSEMONT STREET, SUITE 2**             **P O BOX 493**
**SULPHUR SPRINGS, TX 75482**                **315 S GILMER STREET**
                                             **SULPHUR SPRINGS, TX 75483**

# CITATION FOR PERSONAL SERVICE

TO: **A.C.G. TEXAS, LP**              **REGISTERED AGENT: COGENCY GLOBAL INC.**
                                                      **160 ELM STREET, SUITE 4360**
                                                      **DALLAS, TX 75201**

**DEFENDANT:**
You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to
be held at the Courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written
answer to the petition of plaintiff's on or before 10:00 A.M. of the Monday next after the expiration of 20 days after
the date of service hereof a copy of which accompanies this citation, in Cause No. **CV44961**

PAUL CLAYTON                                              A.C.G. TEXAS, LP
                              vs

Filed in said Court on  1st day of March, 2022.

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file
a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration
of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In
addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.
These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at
TexasLawHelp.org.

WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY,
TEXAS.

Issued and given under my hand and seal of said Court at office, this the  1st day of March A.D., 2022.

                                             CHERYL FULCHER – DISTRICT CLERK
                                             HOPKINS COUNTY, TEXAS

                                             *Makayla Holt*
                                             _____, Deputy

---

OFFICER/AUTHORIZED PERSON RETURN

Came  to  hand  at  _____  o'clock  __.M.,  on  the  __  day  of  _____,  ___.  Executed  at
_____  in  _____  County  at  _____  o'clock  __.M.  on  the  ___  day  of
_____,  20___,  by  delivering  to  the  within  named  _____,  in  person,  a  true
copy of this citation together with the accompanying copy of the petition, having first attached such copy of such
petition to such copy of citation and endorsed on such copy of citation the date of delivery.

TOTAL SERVICE FEE $ _____

                              _____, Sheriff/Const
                              _____County, Texas
                              By: _____
                              Sheriff/Constable/Deputy/PPS

CAUSE NO.   **CV44961**

THE STATE OF TEXAS:

ATTORNEY FOR PLAINTIFF OR DEFENDANT

**CHERYL FULCHER – DISTRICT CLERK**
**282 ROSEMONT STREET, SUITE 2**
**SULPHUR SPRINGS, TX 75482**

**JOHN GINN**
**P O BOX 493**
**315 S GILMER STREET**
**SULPHUR SPRINGS, TX 75483**

# CITATION FOR PERSONAL SERVICE

TO: **ELITE RESTAURANT PARTNERS, LLC**

**REGISTERED AGENT: THE CORPORATION TRUST CO.**
**1209 ORANGE STREET**
**WILLMINGTON, NEW CASTLE, DELAWARE 1901**

**DEFENDANT:**
You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to be held at the Courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written answer to the petition of plaintiff's on or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof a copy of which accompanies this citation, in Cause No. **CV44961**

PAUL CLAYTON              VS                      A.C.G. TEXAS, LP

Filed in said Court on  1st day of March, 2022.

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY, TEXAS.

Issued and given under my hand and seal of said Court at office, this the  1st day of March A.D., 2022.

CHERYL FULCHER – DISTRICT CLERK
HOPKINS COUNTY, TEXAS

*Makayla Holt*_____, Deputy

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M., on the ___ day of _____, ____. Executed at _____ in _____ County at _____ o'clock ___.M. on the ___ day of _____, 20___, by delivering to the within named _____, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

TOTAL SERVICE FEE $ _____

_____, Sheriff/Const
_____County, Texas
By: _____
Sheriff/Constable/Deputy/PPS

CAUSE NO.   **CV44961**

THE STATE OF TEXAS:                    ATTORNEY FOR PLAINTIFF OR DEFENDANT

**CHERYL FULCHER – DISTRICT CLERK**        **JOHN GINN**
**282 ROSEMONT STREET, SUITE 2**           **P O BOX 493**
**SULPHUR SPRINGS, TX 75482**              **315 S GILMER STREET**
                                           **SULPHUR SPRINGS, TX 75483**

# CITATION FOR PERSONAL SERVICE

TO: **A.C.G. TEXAS GENERAL PARTNERSH**        **REGISTERED AGENT: COGENCY GLOBAL INC.**
                                              **160 ELM STREET, SUITE 4360**
                                              **DALLAS, TX 75201**

**DEFENDANT:**
You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to be held at the Courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written answer to the petition of plaintiff's on or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof a copy of which accompanies this citation, in Cause No. <u>**CV44961**</u>

PAUL CLAYTON              vs                    A.C.G. TEXAS, LP

Filed in said Court on  1st day of March, 2022.

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY, TEXAS.

Issued and given under my hand and seal of said Court at office, this the 1st day of March A.D., 2022.

CHERYL FULCHER – DISTRICT CLERK
HOPKINS COUNTY, TEXAS

*Makayla Holt*              , Deputy

## OFFICER/AUTHORIZED PERSON RETURN

Came  to  hand  at  _____  o'clock  __.M.,  on  the  __  day  of  _____,  ___.  Executed  at _____  in  _____  County  at  _____  o'clock  __.M.  on  the  ___  day  of _____, 20___, by delivering to the within named _____, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

TOTAL SERVICE FEE $ _____

_____, Sheriff/Const
_____County, Texas
By: _____
Sheriff/Constable/Deputy/PPS

CAUSE NO.   **CV44961**

THE STATE OF TEXAS:                          ATTORNEY FOR PLAINTIFF OR DEFENDANT

**CHERYL FULCHER – DISTRICT CLERK**          **JOHN GINN**
**282 ROSEMONT STREET, SUITE 2**             **P O BOX 493**
**SULPHUR SPRINGS, TX 75482**                **315 S GILMER STREET**
                                             **SULPHUR SPRINGS, TX 75483**

# CITATION FOR PERSONAL SERVICE

TO: **A.C.G. 3018, LP**          **REGISTERED AGENT: A.C.G TEXAS L.P**
                                 **2701 E. GEORGE BUSH FREEWAY, SUITE 250**
                                 **PLANO, TX 75074**

**DEFENDANT:**
You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to be held at the Courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written answer to the petition of plaintiff's on or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof a copy of which accompanies this citation, in Cause No. **CV44961**

    PAUL CLAYTON          VS                  A.C.G. TEXAS, LP

Filed in said Court on 1st day of March, 2022.

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY, TEXAS.

Issued and given under my hand and seal of said Court at office, this the 1st day of March A.D., 2022.

                              CHERYL FULCHER – DISTRICT CLERK
                              HOPKINS COUNTY, TEXAS

                              *Makayla Holt*               , Deputy

---

## OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock __.M., on the __ day of _____, ___. Executed at _____ in _____ County at _____ o'clock __.M. on the ___ day of _____, 20___, by delivering to the within named _____, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

TOTAL SERVICE FEE $ _____

                              _____, Sheriff/Const
                              _____County, Texas
                    By: _____
                              Sheriff/Constable/Deputy/PPS

CAUSE NO.   **CV44961**

THE STATE OF TEXAS:                          ATTORNEY FOR PLAINTIFF OR DEFENDANT

**CHERYL FULCHER – DISTRICT CLERK**          **JOHN GINN**
**282 ROSEMONT STREET, SUITE 2**             **P O BOX 493**
**SULPHUR SPRINGS, TX 75482**                **315 S GILMER STREET**
                                             **SULPHUR SPRINGS, TX 75483**

# CITATION FOR PERSONAL SERVICE

TO: **A.C.G. TEXAS RESTAURANTS, LLC**        **REGISTERED AGENT: COGENCY GLOBAL INC.**
                                                                **1601 ELM STREET, SUITE 4360**
                                                                **DALLAS, TX 75201**

,

**DEFENDANT:**
You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to be held at the Courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written answer to the petition of plaintiff's on or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof a copy of which accompanies this citation, in Cause No. <u>**CV44961**</u>

PAUL CLAYTON                                        A.C.G. TEXAS, LP
                        vs

Filed in said Court on  1st day of March, 2022.

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY, TEXAS.

Issued and given under my hand and seal of said Court at office, this the  1st day of March A.D., 2022.

                                        CHERYL FULCHER – DISTRICT CLERK
                                        HOPKINS COUNTY, TEXAS

                                        *Makayla Holt*              , Deputy

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock __.M., on the __ day of _____, ___. Executed at _____ in _____ County at _____ o'clock __.M. on the ___ day of _____, 20___, by delivering to the within named _____, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

TOTAL SERVICE FEE $ _____

                                        _____, Sheriff/Const
                                        _____County, Texas
                        By: _____
                                        Sheriff/Constable/Deputy/PPS

CAUSE NO.   **CV44961**

THE STATE OF TEXAS:

ATTORNEY FOR PLAINTIFF OR DEFENDANT

**CHERYL FULCHER – DISTRICT CLERK**
**282 ROSEMONT STREET, SUITE 2**
**SULPHUR SPRINGS, TX 75482**

**JOHN GINN**
**P O BOX 493**
**315 S GILMER STREET**
**SULPHUR SPRINGS, TX 75483**

# CITATION FOR PERSONAL SERVICE

TO: **INTERNATIONAL HOUSE OF PANCAKE**

**REGISTERED AGENT: CORPERATION
COMPANY B/D/A CSC-
LAWYERS INCORPORATING
SERVICE CO.
211 E. 7ᵀᴴ STREET, SUITE 620
AUSTIN, TX 78701**

**DEFENDANT:**
You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to be held at the Courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written answer to the petition of plaintiff's on or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof a copy of which accompanies this citation, in Cause No. **CV44961**

PAUL CLAYTON         VS         A.C.G. TEXAS, LP

Filed in said Court on **1st day of March, 2022.**
**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY, TEXAS.

Issued and given under my hand and seal of said Court at office, this the 1st day of March A.D., 2022.

CHERYL FULCHER – DISTRICT CLERK
HOPKINS COUNTY, TEXAS

_Makayla Holt_                                     , Deputy

---

## OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M., on the ___ day of _____, ___. Executed at _____ in _____ County at _____ o'clock ___.M. on the ___ day of _____, 20___, by delivering to the within named _____, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

TOTAL SERVICE FEE $ _____

_____, Sheriff/Const
_____County, Texas
By: _____
Sheriff/Constable/Deputy/PPS

CAUSE NO.   **CV44961**

**THE STATE OF TEXAS:**

CHERYL FULCHER – DISTRICT CLERK
282 ROSEMONT ST, SUITE 2
SULPHUR SPRINGS, TX 75482

**ATTORNEY FOR PLAINTIFF/DEFENDANT**

JOHN GINN
P O BOX 493
315 S GILMER STREET
SULPHUR SPRINGS, TX 75483

# CITATION FOR PERSONAL SERVICE

TO:   **ABRUE,KARYN**
        **203 RANCH HOUSE ROAD**
        **ROCKWELL, TX 75032**

**DEFENDANT:**

You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to be held at the courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written answer to the petition of plaintiff's on or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof a copy of which accompanies this citation, in Cause No. **CV44961**

**PAUL CLAYTON**
**CLAYTON, AALIYAH**
**LATRECIA CLAYTON, ESTATE OF**
**VS**
**A.C.G. TEXAS, LP**
**ELITE RESTAURANT PARTNERS, LLC**
**A.C.G. TEXAS GENERAL PARTNERSH**
**A.C.G. 3018, LP**
**A.C.G. TEXAS RESTAURANTS, LLC**
**INTERNATIONAL HOUSE OF PANCAKE**
**ABRUE, KARYN**

Filed in said Court on **1st day of March, 2022.**
**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY, TEXAS.**

Issued and given under my hand and seal of said Court at office, this the 1st day of March A.D., 2022.

CHERYL FULCHER – DISTRICT CLERK
HOPKINS COUNTY, TEXAS

*Makayla Holt* , DEPUTY

## OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock __. M., on the __ day of _____, ____.
Executed at (address)_____ in _____ County at _____ o'clock __.M. on the ___ day of _____, ____, by delivering to the within named _____, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.
TOTAL SERVICE FEE $ _____

_____
Sheriff/Const/PPS
County Texas

TAB 5

CV44961

Filed 3/11/2022 11:24 AM
Cheryl Fulcher
District Clerk
Hopkins County, Texas

Makayla Holt

## AFFIDAVIT OF RETURN OF PROCESS

Came to hand on the __2__ day of __March__ , AD 2022, at __4:15__ o'clock __P__.m. and executed the __4__ day of __March__ , AD 2022 in __Dallas__ County at __9:28__ o'clock __a__.m. by delivering to __Att TX General Partnirship__ in person a true and correct copy of this Citation in Cause Number __CV44961__ and accompanying a copy of said documents: __Plaintiff's Original Petition__ _____

Served at
__11001 Elm St, Dallas, TX 75201__

Signature of party receiving this Citation:

x _____

_____ , County.

Service completed:  __√__ Personal Service: by delivering a true copy of aforesaid documents personally.

____ Affidavit of Attempted Service for Alternative Service; see attached.

____ Alternative Service via:

_____ .

Service of Citation fee: $ __65.00__

Miles Traveled: __184__

Mileage Fee: $ __104.00__

Total: $ __169.00__

I, Ashley Stubblefield, being duly sworn, depose and say: I am over the age of 18 years old and not a party to this action. I was authorized by law to complete service of the documents and inform said person of the contents herein. My Certification number is PSC 17877 and expires February 28, 2022.

_____  Date: __3/4/22__
Ashley Stubblefield. PPS
Hopkins County, Texas

THE STATE OF TEXAS
VERIFICATION OF RETURN (IF NOT SERVED BY A PEACE OFFICER)

Sworn to and subscribed before me on __March 4__ , 2022.

ELIZABETH VICE
Notary Public
STATE OF TEXAS
ID# 13231226-4
My Comm. Exp. Jan. 14, 2024

_____
NOTARY PUBLIC, STATE OF TEXAS

CAUSE NO.   **CV44961**

THE STATE OF TEXAS:

ATTORNEY FOR PLAINTIFF OR DEFENDANT

**CHERYL FULCHER – DISTRICT CLERK**
**282 ROSEMONT STREET, SUITE 2**
**SULPHUR SPRINGS, TX 75482**

**JOHN GINN**
**P O BOX 493**
**315 S GILMER STREET**
**SULPHUR SPRINGS, TX 75483**

# CITATION FOR PERSONAL SERVICE

TO: A.C.G. TEXAS GENERAL PARTNERSH

REGISTERED AGENT: COGENCY GLOBAL INC.
160 ELM STREET, SUITE 4360
DALLAS, TX 75201

,

**DEFENDANT:**
You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to be held at the Courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written answer to the petition of plaintiff's on or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof a copy of which accompanies this citation, in Cause No. **CV44961**

PAUL CLAYTON              vs              A.C.G. TEXAS, LP

Filed in said Court on  1st day of March, 2022.

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY, TEXAS.

Issued and given under my hand and seal of said Court at office, this the 1st day of March A.D., 2022.

CHERYL FULCHER – DISTRICT CLERK
HOPKINS COUNTY, TEXAS

*Makayla Holt*
_____, Deputy

## OFFICER/AUTHORIZED PERSON RETURN

Came to hand at 4:15 o'clock P.M., on the 2 day of March, 2022. Executed at 1601 Elm St, Dallas, Tx in Dallas County at 9:28 o'clock a.M. on the 4 day of March, 2022, by delivering to the within named ACG Texas General Partnership in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

TOTAL SERVICE FEE $ _____

_____, Sheriff/Const
_____ County, Texas
By: _____
Sheriff/Constable/Deputy/PPS

### Automated Certificate of eService
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Elizabeth Vice on behalf of John Ginn
Bar No. 07966900
lv@easttexaslaw.com
Envelope ID: 62528273
Status as of 3/11/2022 12:00 PM CST

Associated Case Party: PAULCLAYTON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Liz Vice | | lv@easttexaslaw.com | 3/11/2022 11:24:45 AM | SENT |
| John C.Ginn | | jcginn@easttexaslaw.com | 3/11/2022 11:24:45 AM | SENT |
| Eydie Ginn | | eg@easttexaslaw.com | 3/11/2022 11:24:45 AM | SENT |

TAB 6

CV44961

Filed 3/11/2022 11:29 AM
Cheryl Fulcher
District Clerk
Hopkins County, Texas

Makayla Holt

## AFFIDAVIT OF RETURN OF PROCESS

Came to hand on the 2 day of March, AD 2022, at 4:15 o'clock P .m. and executed the 4 day of March, AD 2022 in Dallas County at 9:29 o'clock A .m. by delivering to A.C.G Texas, LP in person a true and correct copy of this Citation in Cause Number CV44961 and accompanying a copy of said documents: Plaintiff's Original Petition _____

Served at

1601 Elm St, Dallas, Tx 75201

Signature of party receiving this Citation:

x _____

_____, County.

Service completed: ✓ Personal Service: by delivering a true copy of aforesaid documents personally.

___Affidavit of Attempted Service for Alternative Service; see attached.

___Alternative Service via:

_____

Service of Citation fee: $ 65.00
Miles Traveled: 184
Mileage Fee: $ 0
Total: $ 65.00

I, Ashley Stubblefield, being duly sworn, depose and say: I am over the age of 18 years old and not a party to this action. I was authorized by law to complete service of the documents and inform said person of the contents herein. My Certification number is PSC 17877 and expires February 28, 2022.

_____  Date: 3/4/22
Ashley Stubblefield, PPS
Hopkins County, Texas

THE STATE OF TEXAS
VERIFICATION OF RETURN (IF NOT SERVED BY A PEACE OFFICER)

Sworn to and subscribed before me on March 4, 2022.

ELIZABETH VICE
Notary Public
STATE OF TEXAS
ID# 13231226-4
My Comm. Exp. Jan. 14, 2024

_____
NOTARY PUBLIC, STATE OF TEXAS

CAUSE NO.  **CV44961**

THE STATE OF TEXAS:

ATTORNEY FOR PLAINTIFF OR DEFENDANT

**CHERYL FULCHER – DISTRICT CLERK**
**282 ROSEMONT STREET, SUITE 2**
**SULPHUR SPRINGS, TX 75482**

**JOHN GINN**
**P O BOX 493**
**315 S GILMER STREET**
**SULPHUR SPRINGS, TX 75483**

## CITATION FOR PERSONAL SERVICE

TO: A.C.G. TEXAS, LP

REGISTERED AGENT: COGENCY GLOBAL INC.
160 ELM STREET, SUITE 4360
DALLAS, TX 75201

**DEFENDANT:**
You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to be held at the Courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written answer to the petition of plaintiff's on or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof a copy of which accompanies this citation, in Cause No. **CV44961**

PAUL CLAYTON

vs

A.C.G. TEXAS, LP

Filed in said Court on 1st day of March, 2022.

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY, TEXAS.

Issued and given under my hand and seal of said Court at office, this the 1st day of March A.D., 2022.

CHERYL FULCHER – DISTRICT CLERK
HOPKINS COUNTY, TEXAS

*makayla Holt*_____, Deputy

OFFICER/AUTHORIZED PERSON RETURN
Came to hand at _4:15_ o'clock _P_.M., on the _2_ day of _March_____, _2022_ Executed at _1601 Elm St, Dallas, Tx_ in _Dallas_ County at _9:28_ o'clock _a_.M. on the _4_ day of _March___, 20_22_, by delivering to the within named _A.C.G Texas, LP_____, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

TOTAL SERVICE FEE $ _____

_____, Sheriff/Const
County, Texas
By: _____
Sheriff/Constable/Deputy/PPS

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Elizabeth Vice on behalf of John Ginn
Bar No. 07966900
lv@easttexaslaw.com
Envelope ID: 62528624
Status as of 3/11/2022 12:00 PM CST

Associated Case Party: PAULCLAYTON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Liz Vice | | lv@easttexaslaw.com | 3/11/2022 11:29:18 AM | SENT |
| John C.Ginn | | jcginn@easttexaslaw.com | 3/11/2022 11:29:18 AM | SENT |
| Eydie Ginn | | eg@easttexaslaw.com | 3/11/2022 11:29:18 AM | SENT |

TAB 7

CV44961

Filed 3/11/2022 11:31 AM
Cheryl Fulcher
District Clerk
Hopkins County, Texas

Makayla Holt

## AFFIDAVIT OF RETURN OF PROCESS

Came to hand on the __2__ day of __March__, AD 2022, at __4:15__ o'clock __p__.m. and executed the __4__ day of __March__, AD 2022 in __Dallas__ County at __9:28__ o'clock __m__.m. by delivering to __A.C.G Texas Restaurants, LLC__ in person a true and correct copy of this Citation in Cause Number __CV44961__ and accompanying a copy of said documents: __Plaintiff's Original Petition__
_____.

Served at
__1601 ElmStreet, Ste. 4360, Dallas, Tx 75201__

Signature of party receiving this Citation:

x _____

_____, County.

Service completed:  __✓__ Personal Service: by delivering a true copy of aforesaid documents personally.

_____Affidavit of Attempted Service for Alternative Service; see attached.

_____Alternative Service via:

_____.

Service of Citation fee: $ __105.00__
Miles Traveled: __184__
Mileage Fee: $ __∅__
Total: $ __105.00__

I, Ashley Stubblefield, being duly sworn, depose and say: I am over the age of 18 years old and not a party to this action. I was authorized by law to complete service of the documents and inform said person of the contents herein. My Certification number is PSC 17877 and expires February 28, 2024.

_____  Date: __3/4/22__
Ashley Stubblefield, PPS
Hopkins County, Texas

THE STATE OF TEXAS
VERIFICATION OF RETURN (IF NOT SERVED BY A PEACE OFFICER)

Sworn to and subscribed before me on __March 4__, 2022.

_____
NOTARY PUBLIC, STATE OF TEXAS

ELIZABETH VICE
Notary Public
STATE OF TEXAS
ID# 13231226-4
My Comm. Exp. Jan. 14, 2024

CAUSE NO.   **CV44961**

THE STATE OF TEXAS:

ATTORNEY FOR PLAINTIFF OR DEFENDANT

**CHERYL FULCHER – DISTRICT CLERK**
**282 ROSEMONT STREET, SUITE 2**
**SULPHUR SPRINGS, TX 75482**

**JOHN GINN**
**P O BOX 493**
**315 S GILMER STREET**
**SULPHUR SPRINGS, TX 75483**

# CITATION FOR PERSONAL SERVICE

TO: A.C.G. TEXAS RESTAURANTS, LLC

REGISTERED AGENT: COGENCY GLOBAL INC.
1601 ELM STREET, SUITE 4360
DALLAS, TX 75201

,

**DEFENDANT:**
You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to be held at the Courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written answer to the petition of plaintiff's on or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof a copy of which accompanies this citation, in Cause No. **CV44961**

PAUL CLAYTON

vs

A.C.G. TEXAS, LP

Filed in said Court on 1st day of March, 2022.

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY, TEXAS.

Issued and given under my hand and seal of said Court at office, this the 1st day of March A.D., 2022.

CHERYL FULCHER – DISTRICT CLERK
HOPKINS COUNTY, TEXAS

*Makayla Holt* , Deputy

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _4:15_ o'clock _p_.M., on the _2_ day of _March_ , _2022_. Executed at _1601 Elm St. Dallas, Tx_ in _Dallas_ County at _9:28_ o'clock _a_.M. on the _4_ day of _March_ , 2022, by delivering to the within named _A.C.G Texas Restaurants, LLC_, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

TOTAL SERVICE FEE $ _____

_____, Sheriff/Const
County, Texas

By: _Ashley Shuttlefield_
Sheriff/Constable/Deputy/PPS

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Elizabeth Vice on behalf of John Ginn
Bar No. 07966900
lv@easttexaslaw.com
Envelope ID: 62528907
Status as of 3/11/2022 12:01 PM CST

Associated Case Party: PAULCLAYTON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Liz Vice | | lv@easttexaslaw.com | 3/11/2022 11:31:51 AM | SENT |
| John C.Ginn | | jcginn@easttexaslaw.com | 3/11/2022 11:31:51 AM | SENT |
| Eydie Ginn | | eg@easttexaslaw.com | 3/11/2022 11:31:51 AM | SENT |

TAB 8

CV44961

Filed 3/11/2022 11:41 AM
Cheryl Fulcher
District Clerk
Hopkins County, Texas

Makayla Holt

## AFFIDAVIT OF RETURN OF PROCESS

Came to hand on the _2_ day of _March_, AD 2022, at _4:15_ o'clock _p_.m. and executed the _5_ day of _March_, AD 2022 in _Rockwall_ County at _3:00_ o'clock _p_.m. by delivering to _Karyn Abrue_ in person a true and correct copy of this Citation in Cause Number _CV44961_ and accompanying a copy of said documents:

_Original Petition_

Served at _203 Ranch House Rd  Rockwall  TX  75032_

Signature of party receiving this Citation:

_Karyn Abrue_

_Rockwall_, County.

Service completed: _✓_ Personal Service: by delivering a true copy of aforesaid documents personally.

_____Affidavit of Attempted Service for Alternative Service; see attached.

_____Alternative Service via: _____.

Service of Citation fee: $ _65.00_
Miles Traveled: _130_
Mileage Fee: $ _73.00_
Total: $ _138.00_

    I, Richard Brantley, being duly sworn, depose and say: I am over the age of 18 years old and not a party to this action. I was authorized by law to complete service of the documents and inform said person of the contents herein. My Certification number is PSC12565 and expires March 31, 2022.

_Richard Brantley_     Date: _3-5-2022_
**Richard Brantley, PPS**
Hopkins County, Texas

THE STATE OF TEXAS
VERIFICATION OF RETURN (IF NOT SERVED BY A PEACE OFFICER)

Sworn to and subscribed before me on _3-5_, 2022.

_____
NOTARY PUBLIC, STATE OF TEXAS

ASHLEY LYNN STUBBLEFIELD
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES 08-11-2022
ID # 130774363

CAUSE NO.   **CV44961**

**THE STATE OF TEXAS:**

CHERYL FULCHER – DISTRICT CLERK
282 ROSEMONT ST, SUITE 2
SULPHUR SPRINGS, TX 75482

**ATTORNEY FOR PLAINTIFF/DEFENDANT**

JOHN GINN
P O BOX 493
315 S GILMER STREET
SULPHUR SPRINGS, TX 75483

## CITATION FOR PERSONAL SERVICE

TO:   ABRUE,KARYN
       203 RANCH HOUSE ROAD
       ROCKWELL, TX 75032

**DEFENDANT:**

You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to be held at the courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written answer to the petition of plaintiff's on or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof a copy of which accompanies this citation, in Cause No. **CV44961**

PAUL CLAYTON
CLAYTON, AALIYAH
LATRECIA CLAYTON, ESTATE OF
VS
A.C.G. TEXAS, LP
ELITE RESTAURANT PARTNERS, LLC
A.C.G. TEXAS GENERAL PARTNERSH
A.C.G. 3018, LP
A.C.G. TEXAS RESTAURANTS, LLC
INTERNATIONAL HOUSE OF PANCAKE
ABRUE, KARYN

Filed in said Court on **1st day of March, 2022.**
**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY, TEXAS.

Issued and given under my hand and seal of said Court at office, this the 1st day of March A.D., 2022.

CHERYL FULCHER – DISTRICT CLERK
HOPKINS COUNTY, TEXAS

_Makayla Holt_____ , DEPUTY

## OFFICER/AUTHORIZED PERSON RETURN

Came to hand at 4:15 o'clock p. M., on the 2 day of _March_____ , 2022
Executed at (address) 203 Ranchhouse Rd____ in Rockwall County at 3:00 o'clock p.M. on the 5 day of _March___ 2022, by delivering to the within named _Karyn Abrue_____ , in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.
TOTAL SERVICE FEE $ _____

Richard Brantley PSC 12565  Exp 3-31-22
Sheriff/Const/PPS
County, Texas

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Elizabeth Vice on behalf of John Ginn
Bar No. 07966900
lv@easttexaslaw.com
Envelope ID: 62529587
Status as of 3/11/2022 12:03 PM CST

Associated Case Party: PAULCLAYTON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Liz Vice | | lv@easttexaslaw.com | 3/11/2022 11:41:44 AM | SENT |
| John C.Ginn | | jcginn@easttexaslaw.com | 3/11/2022 11:41:44 AM | SENT |
| Eydie Ginn | | eg@easttexaslaw.com | 3/11/2022 11:41:44 AM | SENT |

TAB 9

MAR-14-2022  10:26        CONSTABLE PCT 5   CV44961                    5128544757   Filed 3/21/2022 8:10 AM
                                                                                   P. 02  Cheryl Fulcher
                                                                                          District Clerk
                                                                                   Hopkins County, Texas
                                                                                   Makayla Holt

Cause No.: CV44961                    {}            In the 62nd District Court
                                      {}            HOPKINS County
Plaintiff:                            {}
PAUL CLAYTON

Defendant:
A.C.G. TEXAS LP


### Officer's Return

Came to hand March 14, 2022 at 2:58 P.M. and executed in Travis County, Texas, on March 16, 2022 at 11:30 A.M. by delivering to INTERNATIONAL HOUSE OF PANCAKE by delivering to its registered agent, Corporation Service Company d/b/a CSC Lawyers Incorporating Service Company, at 211 E. 7th Street, Suite 620, Austin, Texas 78701, by delivering to EVIE LICHTENWALTER designated agent for service, a true copy of the citation FOR PERSONAL SERVICE together with accompanying copy of the Plaintiff's petition.

                                         Carlos B. Lopez,
                        Travis County Constable Precinct 5
                                    Travis County, Texas


by: _____
     Michael Untermeyer, Deputy

MAR-14-2022  10:26       CONSTABLE PCT 5                          5128544757       P.03

CAUSE NO.  **CV44961**

THE STATE OF TEXAS:                    ATTORNEY FOR PLAINTIFF OR DEFENDANT:
                                       JOHN GINN
**CHERYL FULCHER – DISTRICT CLERK**    P O BOX 493
**282 ROSEMONT STREET, SUITE 2**       315 S GILMER STREET
**SULPHUR SPRINGS, TX 75482**          SULPHUR SPRINGS, TX 75483

# CITATION FOR PERSONAL SERVICE

TO: **INTERNATIONAL HOUSE OF PANCAKE**      REGISTERED AGENT: CORPERATION
                                            COMPANY B/D/A CSC-
                                            LAWYERS INCORPORATING
                                            SERVICE CO.
                                            211 E. 7TH STREET, SUITE 620
                                            AUSTIN, TX 78701

**DEFENDANT:**
You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to
be held at the Courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written
answer to the petition of plaintiff's on or before 10:00 A.M. of the Monday next after the expiration of 20 days after
the date of service hereof a copy of which accompanies this citation, in Cause No. **CV44961**

        PAUL CLAYTON        VS            A.C.G. TEXAS, LP

Filed in said Court on **1st day of March, 2022.**
NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file
a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration
of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In
addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.
These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at
TexasLawHelp.org.

WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY,
TEXAS.

Issued and given under my hand and seal of said Court at office, this the 1st day of March A.D., 2022.

                                       CHERYL FULCHER – DISTRICT CLERK
                                       HOPKINS COUNTY, TEXAS

                                       *Makayla Holt*                    , Deputy

OFFICER/AUTHORIZED PERSON RETURN

Came  to  hand  at  _____  o'clock  __.M.,  on  the  __  day  of  _____,  ____.  Executed  at
_____  in      County  at  _____  o'clock  __.M.  on  the  ___  day  of
_____,  20___,  by  delivering  to  the  within  named  _____,  in person, a  true
copy  of  this  citation  together  with  the  accompanying  copy  of  the  petition,  having  first  attached  such  copy  of  such
petition to such copy of citation and endorsed on such copy of citation the date of delivery.

TOTAL SERVICE FEE $ _____

                                       Carlos B. Lopez                    Sheriff/Const
                                       Constable Pct. 5, Travis County, Texas    County, Texas

                                       Sheriff/Constable/Deputy/PPS

                                                              TOTAL P.03

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Eydie Ginn on behalf of John Ginn
Bar No. 07966900
eg@easttexaslaw.com
Envelope ID: 62769539
Status as of 3/21/2022 8:10 AM CST

Associated Case Party: PAULCLAYTON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Liz Vice | | lv@easttexaslaw.com | 3/21/2022 7:59:24 AM | SENT |
| John C.Ginn | | jcginn@easttexaslaw.com | 3/21/2022 7:59:24 AM | SENT |
| Eydie Ginn | | eg@easttexaslaw.com | 3/21/2022 7:59:24 AM | SENT |

TAB 10

CV44961

Filed 3/31/2022 5:55 PM
Cheryl Fulcher
District Clerk
Hopkins County, Texas

Makayla Holt

## CAUSE NO. CV44961

| | | |
|---|---|---|
| PAUL CLAYTON, INDIVIDUALLY AND | § | IN THE DISTRICT COURT |
| BOTH AS REPRESENTATIVE OF THE | § | |
| ESTATE OF LATRECIA CLAYTON, | § | |
| DECEASED AND AS NEXT FRIEND FOR | § | |
| MALACHI CLAYTON,  SAMARA CLAYTON, | § | |
| MINOR CHILDREN, & AALIYAH CLAYTON, | | |
| INDIVIDUALLY; | | |
|     Plaintiffs, | § | |
| vs. | § | 62nd JUDICIAL DISTRICT |
| | § | |
| ELITE RESTAURANT PARTNERS, LLC, | | |
| A.C.G. TEXAS, LP, A.C.G. TEXAS | | |
|  GENERAL PARTNERSHIP, LLC, | | |
| A.C.G 3018, L.P., A.C.G. TEXAS RESTAURANTS, | | |
| L.L.C., INTERNATIONAL HOUSE OF | | |
| PANCAKES, L.L.C., KARYN ABRUE, AND | | |
| A.C.G. 3411, L.P. | § | |
| | § | |
| | § | |
| | § | |
|     Defendants. | § | HOPKINS COUNTY, TEXAS |

---

### PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION AND JURY DEMAND

COMES NOW, PAUL CLAYTON, both Individually, As Next Friend for Malachi Clayton, Samara Clayton, minors and as Representative of the Estate of LaTrecia Clayton, and AALIYAH CLAYTON, seeking damages for the loss of  their wife and biological mother respectively, LaTrecia Clayton, deceased (hereinafter referred to as "Plaintiffs"), complaining of Elite Restaurant Partners, LLC, A.C.G. Texas, LP, A.C.G. Texas General Partnership, L.L.C, A.C.G. 3018, L.P., A.C.G. Texas Restaurants, L.L.C., International House of Pancakes, L.L.C, AND KARYN ABRUE, (hereinafter collectively referred to as "Defendants"), and for the cause of action would respectfully show the Court the following:

### I.
### DISCOVERY CONTROL PLAN

Discovery in this matter is intended to be conducted under Level 3 of the TEXAS RULES OF CIVIL PROCEDURE.

## II.
## PARTIES

Plaintiffs are residents of Hopkins County, Texas, and were LaTrecia Clayton's husband (Paul Clayton), and biological children (Malachi Clayton, Samara Clayton,  and Aalyiah Clayton).

Defendant, Elite Restaurant Partners, LLC  is a foreign LLC, incorporated in the State of Delaware, and operates International House of Pancakes facilities in Texas and/or employs individuals, including LaTrecia Clayton, who operate those facilities or other restaurants and may be served with process through its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.

Defendant, A.C.G. Texas, L.P. ACG is a limited liability partnership and operates International House of Pancakes facilities in Texas and/or employs individuals who work in and for  those restaurant facilities. ACG, Texas, in fact operates one such facility and/or employed LaTrecia Clayton in Sulphur Springs, Texas where at least a substantial portion of this cause of action arose. A.C.G., TEXAS, L.P. is authorized to do business in the State of Texas and may be served with process through its registered agent, Cogency Global Inc, 1601 Elm Street, Suite 4360, Dallas, Texas 75201.

Defendant, A.C.G. 3411, L.P. is located at 1788 North Plano Rd, Suite 100, Richardson, TX 75081 and is a limited  partnership and operates the International House of Pancakes facility in Texas as a Franchisee of IHOP and/or employs individuals who work in and for  those restaurant facilities. A.C.G., 3411 L.P., in fact operates and owns the Sulphur Springs IHOP location and/or employed LaTrecia Clayton in Sulphur Springs, Texas where at least a substantial portion of this cause of action arose.  A.C.G. 3411, L.P. is authorized to do business

in the State of Texas and may be served with process through its registered agent, Joseph E. Langteau at 1778 North Plano Road, Suite 100, Richardson, Texas 75081.

Defendant, A.C.G. Texas General Partnership, L.L.C, is authorized to do business in the State of Texas and may be served with process through its registered agent, Cogency Global Inc, 1601 Elm Street, Suite 4360, Dallas, Texas 75201.

Defendant A.C.G. 3018, L.P. , is authorized to do business in the State of Texas and may be served with process through its registered agent, A.C.G. Texas, L.P. 2701 E. George Bush Freeway, Suite 250, Plano, Texas 75074.

Defendant A.C.G. Texas Restaurants, L.L.C. is authorized to do business in the State of Texas and may be served with process through its registered agent, Cogency Global Inc, 1601 Elm Street, Suite 4360, Dallas, Texas 75201.

Defendant International House of Pancakes, L.L.C. is authorized to do business in the State of Texas and may be served with process through its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company 211 E. 7th Street, Suite 620, Austin, Texas 78701.

Defendant **Karyn Abrue,** (hereinafter referred to as "ABRUE") is an individual who resides in Rockwall, Rockwall County, Texas and may be served with process at her residence located at 203 Ranch House Road, Rockwall, Texas 75032 or wherever she may be found.

To the extent necessary, all pleadings and party designations herein are to be considered in the alternative.

### III.
### JURISDICTION AND VENUE

This Court has jurisdiction over this lawsuit, because all of the facts and events that give

rise to Plaintiffs' claims occurred in the State of Texas, and because Plaintiffs' damages are within the jurisdictional limits of the Court.

Venue is proper in Hopkins County, Texas, because (1) a substantial part of the events or omissions giving rise to Plaintiffs' claims in this lawsuit occurred in Hopkins County; (2) Defendants have a principal place of business in Hopkins County; and (3) maintenance of the action in Hopkins County will not work an injustice to the Defendants. *See* TEX. CIV. PRAC. & REM. CODE §15.002(a) – (b).

As required by Rule 47(b) of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiffs' counsel states that the damages sought are in an amount within the jurisdictional limits of this Court. As required by Rule 47(c) of the TEX. RULES OF CIV. PROC., Plaintiffs' counsel states that Plaintiffs seek monetary relief over $1,000,000.00. Plaintiffs also seek pre-judgment and post-judgment interest at the highest legal rate.

## IV.
## FACTS

The Decedent, LaTrecia Clayton was a valued employee of the Defendants, working at the Sulphur Springs International House of Pancakes Restaurant. She had been employed by Defendants for a number of years and had received praise for her work and commitment to the Defendants' enterprises. In March of 2020, the COVID-19 Pandemic forced a closure of the Sulphur Springs IHOP location, among others, and LaTrecia Clayton was terminated or laid off from her position with the company. In accordance with accepted practices, she immediately applied for unemployment benefits and was accepted. Shortly after that, the Defendants requested that she come back to work in her previous position and advised her to give up her

unemployment benefits which included the right to health insurance coverage. In fact, Defendants advised the Plaintiff that she would lose her unemployment benefits if she refused to come back because Defendants would notify unemployment that her old position was available. Defendants entered into this action for their own economic benefit at the expense of LaTrecia Clayton. In a gross misrepresentation the Defendants advised LaTrecia that she would have health coverage as before in the same manner as her previous employment. In fact, she was advised she was simply returning to her same position as before. That was not the case and health insurance was never provided to her upon her return to work.  That was true despite the fact that there were continuing promises that it would be reinstated within a short time. Further, many of the entitlements and benefits of her position were never restored to Pre-Covid status. LaTrecia fell ill with cancer almost immediately on her return to work with the Defendants and was unable to receive necessary treatment from the time of her diagnosis on June 25, 2020 until finally qualifying for Medicaid during mid August 2020. During that time she suffered considerable pain, discomfort, and did not get the treatment she needed that would have almost certainly have prevented her death which occurred on June 30, 2021.

## V.
## CAUSES OF ACTION AGAINST DEFENDANTS

### I.  STATUS OF DEFENDANTS

The Defendants at all times alleged herein acted in the furtherance of the Business enterprise(s) that were served by LaTrecia Clayton in her role as an employee, borrowed servant, or other capacity under the control and direction of the Defendants. Defendants acted singularly, or in the alternative, in concert with one another to commit the acts alleged herein.

Such actions were for their own individual and/or collective economic benefit at the expense of the health and life of LaTrecia Clayton.

### A.   NEGLIGENCE OF DEFENDANTS

Defendants were negligent in failing to use ordinary care in advising employees and prospective employees and in particular, LaTrecia Clayton, as to the availability and applicability of health insurance upon her return to work. An ordinarily prudent employer would have understood and appreciated both the fact that the Plaintiff was coverable by Health Insurance while on unemployment coverage through the State of Texas, and not carelessly jeopardized that coverage in a demand to return to employment without such coverage being available. This is especially true during a time of National Health Crisis such as the Covid-19 Pandemic. In fact, Defendants were negligent not only in Failing to advise of the non-existence of coverage, they went so far as to represent that coverage was to be provided upon LaTrecia's return to employment.  They further forced the Plaintiff's return to work by threatening action that would deny the Plaintiff unemployment benefits if she did not return to work.  They negligenty misrepresented that she could return to her old job with all of its same right and benefits. These representations were negligent misrepresentations by the defendants that were entirely false and relied upon by the plaintiff to her significant detriment. Such negligence as outlined in this paragraph and more fully herein above and below on the part of the defendants' was the proximate cause of physical pain, mental anguish, and physical impairment suffered by LaTrecia Clayton, and ultimately her death.  Plaintiffs herein are wrongful death beneficiaries and bring those claims accordingly as well as a survival claim by the estate.

### A.   INTENTIONAL MISREPRESENTATION BY THE DEFENDANTS

The Defendants at all times material hereto were aware that the representations made to LaTrecia Clayton were misleading and false. In particular, Defendants had no intention of offering health insurance coverage or other entitlement previously provided through her employment on LaTrecia's return to work and yet made the blatantly false misrepresentation that the same would be provided. In fact, the Defendant's enticed LaTrecia to return and compelled the same by telling her she would be provided insurance within two weeks.  After working at IHOP for a month, they left her without the opportunity for treatment, proximately causing pain, anguish and ultimately her death.

**B.      FRAUD IN THE INDUCEMENT BY THE DEFENDANTS**

The Defendants committed fraud in the inducement by advising LaTrecia that if she returned to work she would be covered by insurance and that she must give up unemployment benefits in order to keep her same position of employment with the Defendants. Such a fraudulent representation was 1) material in that it's falsity in that it deprived LaTrecia of badly needed medical care during an illness that ultimately took her life. 2) The representation was false in that the insurance was not provided and not available to Latricia. 3) When the defendants, either themselves, or through their agents, employees or servants, made the representation, they knew it was false or recklessly asserted it without knowledge of it's truth. 4) When the statement was made, Defendants intended that it be acted upon by LaTrecia in order to get her to come back to her place of employment with them. 5) LaTrecia relied to her detriment on the false representation and gave up the right to insurance coverage and other entitlements returned to work with the Defendants, and 6) LaTrecia was harmed as a result and ultimately died due to the misrepresentation by the Defendants.

## VICARIOUS LIABILITY, RESPONDEAT SUPERIOR, AGENCY, OSTENSIBLE AGENCY

At all times material hereto and during the matters alleged herein, the Defendant, Karyn Abrue, and any other individuals not specifically named herein, but implicit in the misrepresentations described herein were employees of the Defendants, acting within their course and scope of employment of the Defendants, and were under the control of the Defendants and their actions were at all times known fully to the Defendants and as such, the conduct of those making the representations herein alleged is impuned directly to the Defendants named herein. As such, the Plaintiffs invoke the doctrines of vicarious liability, respondeat superior, agency, and ostensible agency.

## VI.
## DAMAGES

### A.     ESTATE OF LATRICIA CLAYTON SURVIVORSHIP CLAIM

As a proximate result of the negligence, gross negligence, and in the alternative intentional acts of the Defendants their servants, employees, and or agents, as above described, Plaintiffs, both Individually and as Representatives of the Estate of LaTrecia Clayton, would show that pursuant to Section 71 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE (the "Survival Statute"), as the Representatives of the Estate of LaTrecia Clayton, are entitled to bring this suit for the injuries that she received which resulted in her death. Such survival damages include the pain and suffering and mental anguish that she suffered prior to her death, including the conscious physical pain and emotional pain, torment, and suffering experienced by her before her death as a result of the misrepresentations in question.

**B.   PLAINTIFFS' WRONGFUL DEATH CLAIMS**

Further, pursuant to Section 71 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE (the "Wrongful Death Statute"), Plaintiffs as the surviving spouse and children of LaTrecia Clayton and individually and on behalf of all statutory beneficiaries under the Wrongful Death Statute, are entitled to bring this cause of action for all damages that they have suffered as a result of the wrongful death of LaTrecia Clayton.

Such wrongful death damages, for the past and future, includes the Plaintiffs' pecuniary loss, meaning the loss of care, maintenance, support, services, advice, counsel and reasonable contributions of a pecuniary value that they would, in reasonable probability, have received from LaTrecia had she lived; the Plaintiffs' loss of companionship and society, meaning the loss of the positive benefits flowing from the love, comfort, companionship, and society that they would, in reasonable probability, have received from LaTrecia had she lived; the Plaintiffs' mental anguish, meaning the emotional pain, torment, and suffering experienced by Plaintiffs because of the death of LaTrecia, and the Plaintiffs' loss of inheritance resulting from the death of LaTrecia

For the reasons set forth above, Plaintiffs have suffered loss and damages in an amount that exceeds the minimum jurisdictional limits of this Court, for which Plaintiffs hereby sue.

**C.   DAMAGES OF ESTATE OF LATRECIA CLAYTON.**

As a result of Defendants' negligence or in the alternative, intentional acts, the Estate of LaTrecia Clayton has suffered the following injuries in the past:

(a)   Physical pain and suffering in the past;

(b)   Mental anguish in the past;

(c)   Physical impairment; and

(d)   Funeral and burial expenses.

### D.   DAMAGES OF PLAINTIFFS AS A WRONGFUL DEATH BENEFICIARIES

As a result of Defendants' negligence or in the alternative intentional acts, Plaintiffs have suffered the following injuries in the past and will continue into the future:

(a)     Mental anguish;

(b)     Pain and suffering;

(c)     Loss of companionship and society;

(d)     Loss of inheritance; and

(e)     Loss of wages and income that would have been received but for the death of LaTrecia.

(f)     Pecuniary loss at her death.

In addition to the foregoing, Plaintiffs further seek exemplary and punitive damages in this case.

As required by Rule 47(b) of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiffs' counsel state that the damages sought are in an amount within the jurisdictional limits of this Court.  As required by Rule 47(c) of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiffs' counsel state that Plaintiffs seek monetary relief over $1,000,000.00.  Plaintiffs also seek pre-judgment and post-judgment interest at the highest legal rate.

### VII.
### JURY DEMAND

Plaintiffs demand a jury trial and have tendered the appropriate fee.

## VIII.
## CONDITIONS PRECEDENT & CAPACITIES

All conditions precedent, if any, have been performed or have occurred. Plaintiffs sue Defendants in all capacities in which they are entitled to recover.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that upon the trial of this cause, Plaintiffs have judgment against Defendants, both jointly and severally, for all of their damages as set out herein, pre-judgment interest at the highest legal rate allowed by law, post-judgment interest at the highest legal rate allowed by law, all cost of court, and for such other and further relief, both general and special, either at law or in equity, to which Plaintiffs deem themselves justly entitled.

Respectfully submitted,

SMITH McDOWELL GINN

By: _____

JOHN C. GINN
State Bar No. 07966900
SMITH, McDOWELL & GINN
315 South Gilmer
Sulphur Springs, Texas 75482
903-855-3116
903-885-7549 Fax
jcginn@easttexaslaw.com

**ATTORNEY FOR THE PLAINTIFFS**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Eydie Ginn on behalf of John Ginn
Bar No. 07966900
eg@easttexaslaw.com
Envelope ID: 63163365
Status as of 4/1/2022 8:08 AM CST

Associated Case Party: PAULCLAYTON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Liz Vice | | lv@easttexaslaw.com | 3/31/2022 5:55:26 PM | SENT |
| John C.Ginn | | jcginn@easttexaslaw.com | 3/31/2022 5:55:26 PM | SENT |
| Eydie Ginn | | eg@easttexaslaw.com | 3/31/2022 5:55:26 PM | SENT |

TAB 11

CV44961

Filed 3/31/2022 5:55 PM
Cheryl Fulcher
District Clerk
Hopkins County, Texas

Makayla Holt

LAW OFFICES

# SMITH McDOWELL GINN

315 GILMER STREET · P.O. BOX 493
SULPHUR SPRINGS, TEXAS
75483

HOWARD S. SMITH (1912-1988)
WILLIAM McDOWELL, P.C.
JOHN C. GINN*

BOARD CERTIFIED
TEXAS BOARD OF LEGAL SPECIALIZATION
*PERSONAL INJURY TRIAL LAW
NATIONAL BOARD OF TRIAL ADVOCACY
*CIVIL TRIAL LAW

TELEPHONE
(903) 885-3116
FAX
(903) 885-7549
*ALSO LICENSED IN THE
DISTRICT OF COLUMBIA

March 31, 2022

Ms. Cheryl Fulcher
282 Rosemont Street, Suite 2
Sulphur Springs, Texas

Re:     Cause No. CV44961
        Paul Clayton, Individually and Both as Representative of the Estate of Latrecia Clayton,
        Deceased and As Next Friend for Malachi Clayton, Samara Clayton, Minor Children, &
        Aaliyah Clayton, Individually vs. Elite Restaurant Partners, LLC, A.C.G. Texas, LP,
        A.C.G. Texas General Partnership, LLC, A.C.G. 308, L.P., A.C.G. Texas Restaurants,
        L.L.C., International House of Pancakes, L.L.C., Karyn Abrue, and A.C.G. 3411, L.P.
        Request for Citations

Dear Ms. Fulcher:

Please issue a citation for the following Respondent:

-       A.C.G. 3411, L.P.
        Registered Agent - Joseph E. Langteau
        1778 N. Plano Road, Suite 100
        Richardson, Texas 75081

After the citation has been issued, please forward to me at eg@easttexaslaw.com for service by a
private process server.

Sincerely,

Eydie Ginn

WWW.EASTTEXASLAW.COM

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Eydie Ginn on behalf of John Ginn
Bar No. 07966900
eg@easttexaslaw.com
Envelope ID: 63163365
Status as of 4/1/2022 8:08 AM CST

Associated Case Party: PAULCLAYTON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John C.Ginn | | jcginn@easttexaslaw.com | 3/31/2022 5:55:26 PM | SENT |
| Eydie Ginn | | eg@easttexaslaw.com | 3/31/2022 5:55:26 PM | SENT |
| Liz Vice | | lv@easttexaslaw.com | 3/31/2022 5:55:26 PM | SENT |

TAB 12

CAUSE NO.   **CV44961**

THE STATE OF TEXAS:                          ATTORNEY FOR PLAINTIFF OR DEFENDANT

**CHERYL FULCHER – DISTRICT CLERK**          **JOHN GINN**
**282 ROSEMONT STREET, SUITE 2**             **P O BOX 493**
**SULPHUR SPRINGS, TX 75482**                **315 S GILMER STREET**
                                             **SULPHUR SPRINGS, TX 75483**

## CITATION FOR PERSONAL SERVICE

TO: **A.C.G. 3411, L.P.**
**REGISTERED AGENT: JOSEPH E. LANGTEAU**
**1778 N. PLANOR RD,SUITE 100**
**RICHARDSON,TX 75081**

**DEFENDANT:**
You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to be held at the Courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written answer to the petition of plaintiff's on or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof a copy of which accompanies this citation, in Cause No. **CV44961**

PAUL CLAYTON, INDIVIDUALLY &            ELITE RESTAURANT PARTNERS, LLC

BOTH AS REPRESENTATIVE OF THE    vs     A.C.G. TEXAS LP, A.C.G. TEXAS

ESTATE OF LATRCIA CLAYTON,              GENERAL PARTNERSHIP.
LLC

Filed in said Court on 1st day of March, 2022.
**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY, TEXAS.

Issued and given under my hand and seal of said Court at office, this the 1st day of April A.D., 2022.



CHERYL FULCHER – DISTRICT CLERK
HOPKINS COUNTY, TEXAS

_____ , Deputy

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___M., on the ___ day of _____, ____. Executed at _____ in _____ County at _____ o'clock ___M. on the ___ day of _____, 20___, by delivering to the within named _____, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

TOTAL SERVICE FEE $ _____                    _____ , Sheriff/Const
                                              _____ County, Texas
                                       By: _____

TAB 13

CV44961



**Office of the Sheriff
New Castle County, Delaware**

**Scott T. Phillips
Sheriff**

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801
Office: 302-395-8450, Fax: 302-395-8460

Filed 4/6/2022 11:00 AM
Cheryl Fulcher
District Clerk
Hopkins County, Texas

Makayla Holt

3/18/2022

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
                                    ) SS
NEW CASTLE COUNTY)

Court Case # CV44961
Sheriff # 22-001582

### CHERYYL FULCHER
#### vs
### JOHN GINN

Ronald Fioravanti, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon Registered Agent Representative **Amy McLaren** at **CORPORATION TRUST COMPANY 1209 N. ORANGE STREET WILMINGTON, DE 19801** on 3/16/2022 at 3:00 PM a copy of PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND AND CITATION for **ELITE RESTAURANT PARTNERS, LLC**.

The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.
Fees Paid: $75.00

_____
**Ronald Fioravanti, Deputy Sheriff**

STATE OF DELAWARE)
                                    ) SS
NEW CASTLE COUNTY)

        **BE IT REMEMBERED** that on 3/18/2022 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Ronald Fioravanti, a Deputy Sheriff of New Castle County and State of Delaware and stated that the facts stated above are true and correct.

        **SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

_____
Notary Public

LYNN E. JUMP
COMMISSION
EXPIRES
August 9, 2022
NOTARY PUBLIC
STATE OF DELAWARE

### Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Eydie Ginn on behalf of John Ginn
Bar No. 07966900
eg@easttexaslaw.com
Envelope ID: 63311284
Status as of 4/6/2022 11:06 AM CST

Associated Case Party: PAULCLAYTON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Liz Vice | | lv@easttexaslaw.com | 4/6/2022 11:00:58 AM | SENT |
| John C.Ginn | | jcginn@easttexaslaw.com | 4/6/2022 11:00:58 AM | SENT |
| Eydie Ginn | | eg@easttexaslaw.com | 4/6/2022 11:00:58 AM | SENT |